UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

MARIA F. EGAN                                    :              CIVIL 18-1519(FLW)
*on behalf of herself and others*
*similarly situated*                             :
                    Plaintiff,
                                                 :

        Vs
HYUNDAI CAPITAL AMERICA, INC.                    :
et al.
                    Defendant,                   :

 

    It appearing that the above-named plaintiff, Maria F. Egan having filed for bankruptcy in the United Stated Bankruptcy Court; and

    It further appearing that under Title 11, Section 362 of the Bankruptcy Act, all lawsuits pending against or filed by defendants are stayed pending the termination of the Bankruptcy litigation;

    IT IS ON THIS 30th day of May, 2018, hereby

    ORDERED that the Clerk administratively terminate the action in his records, without prejudice to the right of the parties to reopen the proceedings for good cause shown, without costs.

 

 

FREDA L. WOLFSON, U.S.D.J.